U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUN 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NOEL | CIVIL ACTION NO. 08-176 |
| versus | JUDGE TRIMBLE |
| WINN CORRECTIONAL CNTR., ET AL. | MAGISTRATE JUDGE KIRK |

## O R D E R

For the reasons contained in the report and recommendation of the magistrate judge [R. 11] previously filed in this matter, and after <u>de novo</u> review of the record including the objections filed by plaintiff [R.13], and having determined that the findings and recommendations of the magistrate judge are correct under applicable law, it is hereby

ORDERED that plaintiff's motion for preliminary injunction [R. 10] is DENIED.

It is further

ORDERED that, for the reasons contained in the report and recommendation of the magistrate judge [R. 11], plaintiff's motion for temporary restraining order [R. 12] is also DENIED.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 25th day of June, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE