U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 15 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE NOEL | CIVIL ACTION NO. 08-176 |
| versus | JUDGE TRIMBLE |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE KIRK |

## O R D E R

For the reasons contained in the Report and Recommendation[1] of the magistrate judge filed previously herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under applicable law, it is hereby

**ORDERED** that plaintiff's motion for emergency injunctive relief[2] is **DENIED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 15th day of April, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 54.

[2] R. 49.